O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY PRESBYTERIAN HOSPITAL, a California non-profit public benefit corporation,<br><br>               Plaintiff,<br>     v.<br>TRIWEST HEALTHCARE ALLIANCE CORP., a Delaware corporation and DOES 1–25, inclusive,<br><br>               Defendants. | Case No. 2:12-cv-02469-ODW(SSx)<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT [13]** |

On February 14, 2012, Plaintiff Valley Presbyterian Hospital filed a Complaint alleging five claims Defendant TriWest Healthcare Alliance Corporation in Los Angeles Superior Court. (*See* ECF No. 1.) On March 22, 2012, Defendant removed the action to this Court. (*Id.*)

On April 27, 2012, Defendant filed a Motion to Dismiss Plaintiff's Complaint. (ECF No. 13.) Thereafter, on May 14, 2012, Plaintiff filed a First Amended

/ / /
/ / /
/ / /
/ / /
/ / /

Complaint.  (ECF. No. 14.)  Consequently, the Court **DENIES** Defendant's Motion to Dismiss as moot.  The June 4, 2012 hearing on this matter is **VACATED**, and no appearances are necessary.

**IT IS SO ORDERED.**

May 15, 2012

_____
**HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**